**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:25-cr-00010-TES-CHW |
| Halie Money, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO ALLOW DEFENDANT HALIE MONEY TO ENTER INPATIENT DRUG REHABILITATION TREATMENT

This matter is before the Court on Defendant Halie Money's motion to allow her to enter inpatient drug rehabilitation treatment while she awaits sentencing in this case. (Doc. 392.) For good cause shown, the Defendant's motion is GRANTED.

1. Ms. Money shall be transported by the U.S. Marshal Service to Right Side Up Recovery Center ("RSU"), 2815 Clearview Place, Atlanta, Georgia, 30340 no later than Wednesday, May 20, 2026 to begin residential drug rehabilitation treatment. Ms. Money shall remain onsite at RSU throughout the duration of her treatment, and she shall have no contact with the other defendants named in this case.

2. Upon completion of her treatment, the U.S. Marshal Service shall retrieve Ms. Money and return her to pretrial custody, where she will remain until sentencing.

SO ORDERED this __12th__ day of May, 2026.

    __s/Tilman E. Self, III_____

**HON. TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**

2