**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:25-cr-00010-TES-CHW |
| Halie Money, | ) |
| | ) |
| Defendant. | ) |

**AMENDED ORDER**

This matter is before the Court on Defendant Halie Money's motion to allow her to enter inpatient drug rehabilitation treatment while she awaits sentencing in this case. (Doc. 392.) For good cause shown, the Defendant's motion is GRANTED, and this Court amends its previously entered order (Doc. 393) as follows:

1. Ms. Money shall be transported by the U.S. Marshal Service to Right Side Up Recovery Center ("RSU"), 2815 Clearview Place, Atlanta, Georgia, 30340 no later than Wednesday, May 20, 2026 to begin residential drug rehabilitation treatment. Ms. Money shall remain onsite at RSU throughout the duration of her treatment and shall only leave for authorized and supervised trips. Further, she shall have no contact with the other defendants named in this case.

2.  Upon completion of her treatment, the U.S. Marshal Service shall retrieve Ms. Money and return her to pretrial custody, where she will remain until sentencing.

SO ORDERED this __13th__ day of May, 2026.


                    __sTilman E. Self,III_____
                    **HON. TILMAN E. SELF, III**
                    **UNITED STATES DISTRICT JUDGE**